IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CORBIN J.T[1].,  No. 3:18-cv-00035-JR

          Plaintiff,

v.

COMMISSIONER OF SOCIAL     ORDER
SECURITY,

          Defendant.

HERNANDEZ, District Judge:

Magistrate Judge Russo issued a Findings and Recommendation (#22) on November 6, 2018, in which she recommends that this Court affirm Defendant's denial of Plaintiff's claim for Supplemental Security Income. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party or parties in this case.

1 - ORDER

F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings & Recommendation [22]. Accordingly, the Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this 19 day of Dec, 2018.

MARCO A. HERNANDEZ
United States District Judge